IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PREFERRED INVESTMENT SERVICES, INC., | § § § | No. 443, 2014 |
| Plaintiff Below-Appellant, | § § § | |
| v. | § § | Court Below—Superior Court of the State of Delaware, |
| BAIL BOND AGENCY, INC., a Delaware corporation, and JOHN PURNELL, | § § § § | in and for County C.A. No. N13C-07-349 CONSOLIDATED |
| Defendants Below-Appellees. | § § § § | |

Submitted: September 10, 2014
Decided: September 12, 2014

Before **HOLLAND**, **RIDGELY**, and **VALIHURA**, Justices.

# O R D E R

This 12th day of September 2014, it appears to the Court that:

(1)    Preferred Investment Services, Inc. (PISI), has petitioned this Court, pursuant to Supreme Court Rule 42, to accept an appeal from an interlocutory order of the Superior Court dated July 22, 2014.  The Superior Court's order dismissed all of PISI's claims against John Purnell and dismissed all of PISI's tort claims against Bail Bond Agency, Inc. (BBAI), leaving only PISI's contract-related claims against BBAI.

(2)	PISI filed an application for certification to take an interlocutory appeal in the Superior Court on July 28, 2014. The Superior Court denied the certification application on September 5, 2014.

(3)	Applications for interlocutory review are addressed to the sound discretion of this Court. In the exercise of its discretion, this Court has concluded that the application for interlocutory review does not meet the requirements of Supreme Court Rule 42(b) and should be refused.

NOW, THEREFORE, IT IS HEREBY ORDERED that the within interlocutory appeal be REFUSED.

BY THE COURT:

*/s/ Randy J. Holland*
Justice